FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 16  P 2: 00

U.S. DISTRICT COURT
HARTFORD, CT.

FRANK A. DYKMAN, et al.       : CIVIL NO.  3:02 CV 815 (AVC)
        Plaintiffs            : (ALL CASES)
                              :
VS.                           :
                              :
UNITED STATES OF AMERICA,      :
        Defendant             : JANUARY 13, 2004

---

## MOTION FOR ENLARGEMENT OF SCHEDULING ORDER

The plaintiffs in the above-entitled case move for an enlargement of the existing scheduling order.  In support of this motion, the plaintiffs represent that their counsel conferred with the United States Attorney defending this matter, who requested the extension for purposes of determining whether an expert would be necessary, allowing depositions if in fact an expert is disclosed on behalf of the United States, and extending the time within which the joint trial memorandum shall be filed.

In a conversation with the United States Attorney handling this matter in December 2003, it was understood that the United States Attorney would file the present motion.  However, counsel in the United States Attorney's Office has been busy with other matters, and requested the undersigned to prepare and file this motion, with the attached proposed amended scheduling order.

The parties agree that the additional time would be beneficial to both sides,

and both sides consent to the granting of this motion.

THE PLAINTIFFS,
Frank A. Dykman
Beth S. Dykman
John J. Dykman

By: _____
WILLIAM F. GALLAGHER
The Gallagher Law Firm
Their Attorneys.
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509-1925
Tel.: (203) 624-4165
Fax.: (203) 865-5598
Federal Bar No. ct04147

## **CERTIFICATION OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, to all counsel of record on this date: January 13, 2004.

Lauren M. Nash, Esq.
Assistant U.S. Attorney
Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, CT  06508

William F. Gallagher

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK A. DYKMAN, et al.<br>　　　Plaintiffs | : CIVIL NO. 3:02 CV 815 (AVC)<br>: (ALL CASES)<br>: |
| VS. | :<br>: |
| UNITED STATES OF AMERICA,<br>　　　Defendant | :<br>: JANUARY 13, 2004 |

## **PROPOSED AMENDED SCHEDULING ORDER**

(1)    The plaintiff shall have to and including January 30, 2003 to file motions to join additional parties and to amend the pleadings;

(2)    The defendant shall have to and including January 30, 2003 to file motions to join additional parties and to amend the pleadings;

(3)    All discovery, including depositions of all witnesses, shall be completed by October 20, 2003, except for the depositions of defense experts, which shall be completed by April 26, 2004;

(4)    The parties shall exchange a damage analysis, if necessary, on or before December 31, 2003;

(5)    The plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before October 1, 2003, and depositions of any such experts shall be completed by March 31, 2004;

(6)    The defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before March 31, 2004, and depositions of any such experts shall be completed by April 26, 2004;

(7)    All motions, except motions in limine incident to a trial, shall be filed on or before May 3, 2004;

(8)     The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on May 17, 2004;

(9)     The case shall be ready for trial by May 17, 2004.


        IT IS SO ORDERED this _____ day of _____, 2004.



                        _____
                        ALFRED V. COVELLO
                        Chief United States District Judge