January 23, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2004 JAN 16 P 2:00
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK A. DYKMAN, et al. : CIVIL NO. 3:02 CV 815 (AVC)
    Plaintiffs : (ALL CASES)
  :
VS. :
  :
UNITED STATES OF AMERICA, :
    Defendant : JANUARY 13, 2004

## MOTION FOR ENLARGEMENT OF SCHEDULING ORDER

The plaintiffs in the above-entitled case move for an enlargement of the existing scheduling order. In support of this motion, the plaintiffs represent that their counsel conferred with the United States Attorney defending this matter, who requested the extension for purposes of determining whether an expert would be necessary, allowing depositions if in fact an expert is disclosed on behalf of the United States, and extending the time within which the joint trial memorandum shall be filed.

In a conversation with the United States Attorney handling this matter in December 2003, it was understood that the United States Attorney would file the present motion. However, counsel in the United States Attorney's Office has been obligated with other matters, and requested the undersigned to prepare and file this motion, with the attached proposed amended scheduling order.

FILED
2004 JAN 23 P 3:35
U.S. DISTRICT COURT