UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK A. DYKMAN, et al. | : CIVIL NO. 3:02 CV 815 (AVC) |
| Plaintiffs | : (ALL CASES) |
| | : |
| VS. | : |
| | : |
| UNITED STATES OF AMERICA, | : |
| Defendant | : JANUARY 13, 2004 |

## ~~PROPOSED~~ AMENDED SCHEDULING ORDER

(1)  The plaintiff shall have to and including January 30, 2003 to file motions to join additional parties and to amend the pleadings;

(2)  The defendant shall have to and including January 30, 2003 to file motions to join additional parties and to amend the pleadings;

(3)  All discovery, including depositions of all witnesses, shall be completed by October 20, 2003, except for the depositions of defense experts, which shall be completed by April 26, 2004;

(4)  The parties shall exchange a damage analysis, if necessary, on or before December 31, 2003;

(5)  The plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before October 1, 2003, and depositions of any such experts shall be completed by March 31, 2004;

(6)  The defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before March 31, 2004, and depositions of any such experts shall be completed by April 26, 2004;

(7)  All motions, except motions in limine incident to a trial, shall be filed on or before May 3, 2004;

4

(8)  The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on May 17, 2004;

(9)  The case shall be ready for trial by May 17, 2004.

IT IS SO ORDERED this 23RD day of JANUARY, 2004.

*[signature]*
ALFRED V. COVELLO
Chief United States District Judge

5