```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

              Settlement Conference Calendar
              Honorable J. Read Murphy, PJO
              450 Main Street, Hartford, CT

                Chambers Room #125 - Annex
```

**April 22, 2004**
**10:00 a.m.**

RESCHEDULED FROM APRIL 15, 2004

NOTICE TO COUNSEL: ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION. <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT <u>TO CHAMBERS</u> A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

3:02CV00815 (AVC)  <u>Dykman v. USA, et al (LEAD)</u>
3:02CV01316 (AVC)  <u>Dykman v. USA, et al (MEMBER)</u>

Roger B. Calistro
Gallagher & Calistro
1377 Boulevard, Po Box 1925
New Haven, CT 06509-1925


William F. Gallagher
Gallagher & Calistro
PO Box 1925
New Haven, CT 06509


Lauren M. Nash
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

                              BY ORDER OF THE COURT

                              KEVIN F. ROWE, CLERK