UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK A DYKMAN, ET AL., | : | |
| PLAINTIFFS, | : | CIVIL NO. 3:02CV815 (AVC) |
| | : | (ALL CASES) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| DEFENDANT. | : | MAY 21, 2004 |

DEFENDANT UNITED STATES OF AMERICA'S
MOTION FOR EXTENSION OF TIME
TO DISCLOSE EXPERTS AND SUBMIT JOINT TRIAL MEMORANDUM

The Defendant, United States of America, hereby respectfully requests an extension of time within which the parties may submit the Joint Trial Memorandum in the above-captioned case. On May 20, 2004, this Court issued a Pretrial Order requiring the parties to file their joint submission on June 20, 2004. The United States now seeks until June 24, 2004 to disclose its experts, and until August 20, 2004 to submit the Joint Pretrial Memorandum.

By way of background, this is a consolidated medical malpractice action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346 (b) and 2675, et. seq. Plaintiffs have brought two suits alleging VA negligence at the VA Connecticut Healthcare System, West Haven Campus, and the VA Hospital in Boston, Massachusetts. The complaint in Civil No. 3:02CV815 (AVC) alleges that Frank Dykman underwent a kidney transplant with a donated kidney which the VA knew had tested "reactive" for Hepatitis C. Plaintiffs, Frank Dykman, and his wife, Beth Dykman, allege that they were damaged as a result of this negligence in the amount of $5,000,000.00. In Civ. No. 3:02CV1316 (AVC), the complaint alleges that the kidney donor, John Dykman, unnecessarily suffered the surgical loss of his kidney. Plaintiff alleges that he was damaged as a result of this negligence in the amount of $1,000,000.00.

The parties are desirous of settling these cases, and to that end, have met twice with the Honorable J. Read Murphy, PJO, on February 19, 2004 and April 22, 2004. Prior to the parties' last meeting on April 22, 2004, it became apparent that the settlement amount in this case would have to be approved by the Department of Justice in Washington, D.C., and the government would need to consult with expert witnesses in order to obtain such approval. Therefore, at the April 22, 2004 settlement conference, the government requested until June 24, 2004 to obtain and disclose an expert in this case for purposes of moving this case to settlement. Both opposing counsel and PJO Murphy agreed to the government's request. Accordingly, the government is in the process of complying with this agreed-upon deadline.

Based on the foregoing, the government respectfully requests that it be permitted until June 24, 2004 to disclose its expert witnesses, and until August 20, 2004 to submit the Joint Pretrial Memorandum. This additional time would allow the parties to conclude their settlement discussions with PJO Murphy, and perhaps settle these malpractice cases, before beginning trial preparation.

This is the fourth request to amend the scheduling order in this case. Counsel for the Plaintiffs has no objection to the extension sought.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    LAUREN M. NASH
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT 06508
    TELEPHONE: (203) 773-2108
    FEDERAL BAR #:  ct01705

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the within and foregoing was mailed, postage prepaid, on this 21st day of May, 2004, to:

William F. Gallagher, Esq.
Gallagher & Calistro
1377 Boulevard - P.O. Box 1925
New Haven, CT 06509

Honorable J. Read Murphy, PJO
 c/o chambers of
Honorable Alfred V. Covello
Senior United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103

                              LAUREN M. NASH
                              ASSISTANT U.S. ATTORNEY