UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK A DYKMAN, ET AL., : | |
| : | |
| PLAINTIFFS, : | CIVIL NO. 3:02CV815 (AVC) |
| : | (ALL CASES) |
| v. : | |
| : | |
| UNITED STATES OF AMERICA, : | |
| : | |
| DEFENDANT. : | AUGUST 19, 2004 |

DEFENDANT UNITED STATES OF AMERICA'S
MOTION FOR EXTENSION OF TIME
TO SUBMIT JOINT TRIAL MEMORANDUM

The Defendant, United States of America, hereby respectfully requests an extension of time within which the parties may submit the Joint Trial Memorandum in the above-captioned case. On May 20, 2004, this Court issued a Pretrial Order requiring the parties to file their joint submission on June 20, 2004. Thereafter, the Court granted the government's motion for extension until August 20, 2004 to submit the Joint Pretrial Memorandum. The government now files for an additional extension of time to make this submission, until September 20, 2004.

By way of background, this is a consolidated medical malpractice action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346 (b) and 2675, et. seq. Plaintiffs have brought two suits alleging VA negligence at the VA Connecticut Healthcare System, West Haven Campus, and the VA Hospital in Boston, Massachusetts. The complaint in Civil No. 3:02CV815 (AVC) alleges that Frank Dykman underwent a kidney transplant with a donated kidney which the VA knew had tested "reactive" for Hepatitis C. Plaintiffs, Frank Dykman, and his wife, Beth Dykman, allege that they were damaged as a result of this negligence in the amount of $5,000,000.00. In Civ. No. 3:02CV1316 (AVC), the complaint alleges that the kidney donor, John Dykman, unnecessarily suffered the surgical loss of his kidney. Plaintiff alleges that he was damaged as a result of this negligence in the amount of $1,000,000.00.

The parties are desirous of settling these cases, and to that end, have met three times with the Honorable J. Read Murphy, PJO, on February 19, 2004, April 22, 2004 and July 15, 2004. The parties were scheduled to meet with PJO Murphy again on August 31, 2004, but PJO Murphy had to reschedule that conference to a date in September, likely September 9, 2004. With each conference the parties have made progress towards resolving this case. While the case is scheduled for trial on October 15, 2004, the extension sought would allow the parties to attend the settlement conference before making final preparations for that trial.

This is the fifth request to amend the scheduling order in this case, and the last anticipated by counsel. Both PJO Murphy and counsel for the Plaintiffs concur in the need for the extension sought.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    LAUREN M. NASH, ct01705
    ASSISTANT U.S. ATTORNEY
    UNITED STATES ATTORNEY'S OFFICE
    157 CHURCH STREET, P.O. BOX 1824
    NEW HAVEN, CT  06510
    Telephone: (203) 821-3700
    Facsimile:  (203) 773-5373
    E-mail: lauren.nash@usdoj.gov

CERTIFICATE OF SERVICE

      This is to certify that a copy of the within and foregoing was mailed, postage prepaid, on this 19th day of August, 2004, to:

William F. Gallagher, Esq.
Gallagher & Calistro
1377 Boulevard - P.O. Box 1925
New Haven, CT 06509

Honorable J. Read Murphy, PJO
 c/o chambers of
Honorable Alfred V. Covello
Senior United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103

                                      LAUREN M. NASH
                                      ASSISTANT U.S. ATTORNEY