UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK A DYKMAN, ET AL., | : | |
| | : | |
| PLAINTIFFS, | : | CIVIL NO. 3:02CV815 (AVC) |
| | : | (ALL CASES) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| DEFENDANT. | : | SEPTEMBER 21, 2004 |

DEFENDANT UNITED STATES OF AMERICA'S
MOTION, *NUNC PRO TUNC*, FOR EXTENSION OF TIME
TO SUBMIT JOINT TRIAL MEMORANDUM

The Defendant, United States of America, hereby respectfully requests an extension of

time within which the parties may submit the Joint Trial Memorandum in the above-captioned

case. On May 20, 2004, this Court issued a Pretrial Order requiring the parties to file their joint

submission on June 20, 2004. Thereafter, the Court granted the government's motion for

extension until August 20, 2004 to submit the Joint Pretrial Memorandum. The Court granted a

second extension from August 20, 2004 until September 20, 2004. The government now files for

an additional extension of time to make this submission, until October 5, 2004.

By way of background, this is a consolidated medical malpractice action under the

Federal Tort Claims Act, 28 U.S.C. §§ 1346 (b) and 2675, et. seq. Plaintiffs have brought two

suits alleging VA negligence at the VA Connecticut Healthcare System, West Haven Campus,

and the VA Hospital in Boston, Massachusetts. The complaint in Civil No. 3:02CV815 (AVC)

alleges that Frank Dykman underwent a kidney transplant with a donated kidney which the VA

knew had tested "reactive" for Hepatitis C. Plaintiffs, Frank Dykman, and his wife, Beth

Dykman, allege that they were damaged as a result of this negligence in the amount of

$5,000,000.00. In Civ. No. 3:02CV1316 (AVC), the complaint alleges that the kidney donor,

John Dykman, unnecessarily suffered the surgical loss of his kidney. Plaintiff alleges that he

was damaged as a result of this negligence in the amount of $1,000,000.00.

The parties are desirous of settling these cases, and to that end, have met three times with the Honorable J. Read Murphy, PJO, on February 19, 2004, April 22, 2004 and July 15, 2004. Most recently, the parties participated in a mediation with Magistrate Judge Owen Eagan (retired) on September 9, 2004.  During that conference, the parties made significant progress towards resolving the cases.  While the cases are scheduled for trial on October 12, 2004, this final extension sought would allow the parties to continue negotiations before making final preparations for that trial.

This is the sixth request to amend the scheduling order in this case, and the last anticipated by counsel.  Counsel for the Plaintiffs concur in the need for the extension sought.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, P.O. BOX 1824
NEW HAVEN, CT  06510
Telephone: (203) 821-3700
Facsimile:  (203) 773-5373
E-mail: lauren.nash@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was mailed, postage prepaid, on this 21st day of September, 2004, to:

William F. Gallagher, Esq.
Gallagher & Calistro
1377 Boulevard - P.O. Box 1925
New Haven, CT 06509


LAUREN M. NASH
ASSISTANT U.S. ATTORNEY