UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK A DYKMAN, ET AL., :
    PLAINTIFFS, :   CIVIL NO. 3:02CV815 (AVC)
    v. :   (ALL CASES)
UNITED STATES OF AMERICA, :
    DEFENDANT. :   SEPTEMBER 21, 2004

### DEFENDANT UNITED STATES OF AMERICA'S MOTION, *NUNC PRO TUNC*, FOR EXTENSION OF TIME TO SUBMIT JOINT TRIAL MEMORANDUM

The Defendant, United States of America, hereby respectfully requests an extension of time within which the parties may submit the Joint Trial Memorandum in the above-captioned case. On May 20, 2004, this Court issued a Pretrial Order requiring the parties to file their joint submission on June 20, 2004. Thereafter, the Court granted the government's motion for extension until August 20, 2004 to submit the Joint Pretrial Memorandum. The Court granted a second extension from August 20, 2004 until September 20, 2004. The government now files for an additional extension of time to make this submission, until October 5, 2004.

By way of background, this is a consolidated medical malpractice action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346 (b) and 2675, et. seq. Plaintiffs have brought two suits alleging VA negligence at the VA Connecticut Healthcare System, West Haven Campus, and the VA Hospital in Boston, Massachusetts. The complaint in Civil No. 3:02CV815 (AVC) alleges that Frank Dykman underwent a kidney transplant with a donated kidney which the VA knew had tested "reactive" for Hepatitis C. Plaintiffs, Frank Dykman, and his wife, Beth Dykman, allege that they were damaged as a result of this negligence in the amount of $5,000,000.00. In Civ. No. 3:02CV1316 (AVC), the complaint alleges that the kidney donor, John Dykman, unnecessarily suffered the surgical loss of his kidney. Plaintiff alleges that he was damaged as a result of this negligence in the amount of $1,000,000.00.

GRANTED. Alfred v. Covello, U.S.D.J.
September 24, 2004.
SO ORDERED.