UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK A. DYKMAN and
BETH S. DYKMAN

    V.                                                           CASE NO. 3:02CV00815(AVC)(LEAD)

UNITED STATES OF AMERICA

JOHN J. DYKMAN

    V.                                                            CASE NO. 3:02CV01316(AVC)
                                                                   (MEMBER)

UNITED STATES OF AMERICA

## NOTICE TO COUNSEL PURSUANT TO LOCAL RULE 41b

The above-entitled case was reported to the Court to be settled on October 29, 2004. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on <u>November 29, 2004</u> unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, this 1st day of November, 2004.

                                                                             KEVIN F. ROWE, Clerk

                                                  By:   /s/ JW
                                                           Jo-Ann Walker
                                                           Deputy Clerk