UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK A. DYKMAN and
BETH S. DYKMAN

    V.                                           CASE NO. 3:02CV00815(AVC)(LEAD)

UNITED STATES OF AMERICA

JOHN J. DYKMAN

    V.                                           CASE NO. 3:02CV01316(AVC)
                                                       (MEMBER)

UNITED STATES OF AMERICA

## JUDGMENT

These actions having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

Counsel of record having reported to the Court on October 29, 2004 that the above-entitled cases had been settled, and no closing papers having been filed to date; it is hereby

ORDERED that these actions be and are hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 8th day of December, 2004.

                                                          KEVIN F. ROWE, Clerk

                                          By:   /s/ JW
                                                     Jo-Ann Walker
                                                     Deputy Clerk

EOD: _____