UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK A DYKMAN, ET AL., | : | |
| | : | |
| PLAINTIFFS, | : | CIVIL NO. 3:02CV815 (AVC) |
| | : | (ALL CASES) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| DEFENDANT. | : | DECEMBER 20, 2004 |

<u>DEFENDANT UNITED STATES OF AMERICA'S<br>
MOTION TO REOPEN AND TO EXTEND TIME TO FILE CLOSING PAPERS</u>

    The Defendant, United States of America, hereby respectfully moves to reopen the judgment in the above-referenced consolidated medical malpractice cases for purposes of extending the time within which the parties may submit their closing papers.  Specifically, the government seeks until January 30, 2005 to file such papers.

    By way of background, on December 8, 2004 this Court entered a Judgment of Dismissal without prejudice to the filing of a motion to reopen within thirty (30) days of the date of the judgment, or by January 8, 2005.   This judgment was entered because the parties had reported the cases settled on October 29, 2004, but had not filed their closing papers within thirty days of such settlement.

    The government now seeks to reopen this Judgment of Dismissal on the grounds that additional time is needed for the Assistant Attorney General to sign off on the settlement papers, and thereafter for the settlement proceeds to be paid out by the Judgment Fund.   This process has taken some time because of the level of approval needed within the Department of Justice.  Once the matter is submitted to the Judgment Fund for payment, the undersigned will do everything in her power to expedite the processing of payment.

This is the first request to extend this deadline. Counsel for the Plaintiffs concurs in the need for the extension sought.

            Respectfully submitted,

            KEVIN J. O'CONNOR
            UNITED STATES ATTORNEY


            LAUREN M. NASH, ct01705
            ASSISTANT U.S. ATTORNEY
            UNITED STATES ATTORNEY'S OFFICE
            157 CHURCH STREET, P.O. BOX 1824
            NEW HAVEN, CT  06510
            Telephone: (203) 821-3700
            Facsimile:  (203) 773-5373
            E-mail: lauren.nash@usdoj.gov

CERTIFICATE OF SERVICE

      This is to certify that a copy of the within and foregoing was mailed, postage prepaid, on this 20th day of December, 2004, to:

William F. Gallagher, Esq.
Gallagher & Calistro
1377 Boulevard - P.O. Box 1925
New Haven, CT 06509

                                      LAUREN M. NASH
                                      ASSISTANT U.S. ATTORNEY