UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK A. DYKMAN, et al.<br>Plaintiffs | : CIVIL NO. 3:02 CV 815 (AVC)<br>: (ALL CASES)<br>: |
| VS. | : |
| UNITED STATES OF AMERICA,<br>Defendant | : FEBRUARY 3, 2005<br>: ~~NOVEMBER 3, 2004~~ |

### STIPULATION TO DISMISS WITH PREJUDICE

The parties stipulate and agree that the above-entitled cases can be dismissed with prejudice.

THE PLAINTIFFS,
Frank A. Dykman
Beth S. Dykman
John J. Dykman

By: _____
WILLIAM F. GALLAGHER
The Gallagher Law Firm
P.O. Box 1925
New Haven, CT 06509-1925
Tel.: (203) 624-4165
Federal Bar No. ct04147

THE DEFENDANT
United States of America

By: _____
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
P.O. Box 1824
New Haven, CT 06508
Tel: (203) 773-2108
Federal Bar No. ct01705